WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-2-16

Michael J. Willemin
mwillemin@wigdorlaw.com

July 29, 2016

**VIA ECF and U.S. MAIL**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

SO ORDERED: 8-2-16

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**Re: Robertson v. People Magazine et al.; Case No.: 14 Civ. 06759 (PAC)**

Dear Judge Crotty:

We represent Plaintiff in the above-referenced matter and write jointly with Defendants pursuant to Your Honor's July 25, 2016 Order to advise the Court that the parties are scheduled to attend a mediation on August 8, 2016. The parties initially planned on mediating this matter on June 29, 2016, but due to various unforeseen scheduling conflicts, the mediation was adjourned to August 8, 2016. In the event the mediation is unsuccessful, the parties plan to submit a proposed case management plan for Your Honor's consideration by August 15, 2016.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

Michael J. Willemin

cc: Counsel of Record (*via* ECF)