WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Michael J. Willemin**
mwillemin@wigdorlaw.com

August 15, 2016

**VIA ECF and U.S. MAIL**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

**Re: Robertson v. People Magazine et al.; Case No.: 14 Civ. 06759 (PAC)**

Dear Judge Crotty:

We represent Plaintiff in the above referenced action and write on behalf of both parties to inform the Court that the parties have reached a resolution in principle. The parties are working to draft and execute a formal settlement agreement, and anticipate filing a stipulation of dismissal by September 20, 2016. We thank Your Honor for the Court's attention to this matter. Please do not hesitate to contact us should Your Honor have any questions.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

Michael J. Willemin

cc: Timothy H. Wolf, Esq. (*via* ECF)
Jeffrey D. Pollack, Esq. (*via* ECF)